UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO. 2:20-CV-04831 |
| | ) | |
| Plaintiff, | ) | JUDGE MORRISON |
| | ) | |
| Vs. | ) | |
| | ) | |
| THIND PETROLEUM INC., | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the plaintiff, by and through counsel, and hereby gives Notice of

Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(i). Following a private settlement agreement,

Plaintiff now desires the dismissal of all claims against Defendant with prejudice.


Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Derek Mortland